UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Brian Trembley, Esq.**
**attorney ID: 028902012**
**Bramnick, Rodriguez, Grabas,**
**Arnold & Mangan, LLC, LLC**
**1827 East Second Street**
**Scotch Plains NJ 07076**
**PHONE: (908) 322-7000**
**Facsimile:  908-322-6997**
**Attorneys for Plaintiff**

_____

| | |
|---|---|
| PATRICIA WILLIAMS | DOCKET NO.: |
| Plaintiff, | |
| v. | **CIVIL ACTION** |
| UNITED STATES OF AMERICA, JOHN DOES 1-10 (said names being fictitious) JANE ROES 1 – 10 (said names being fictitious) and XYZ CORPORATIONS 1-10 (said names being fictitious), ABC CORPORATIONS 1-10 (said names being fictitious) | **COMPLAINT AND JURY DEMAND,** |
| Defendants. | |

_____

Plaintiff, Patricia Williams residing in the City of East Orange, County of Essex and State of New Jersey, by way of Complaint against Defendants, UNITED STATES OF AMERICA, state as follows:

## JURISDICTION AND VENUE

1. Plaintiff, Patricia Williams and is an adult individual and citizen of the United States of America, residing in the City of East Orange, County of Essex and State of New Jersey

2. This Court has jurisdiction over this action pursuant to the Federal Tort Claims Act.

**PARTIES**

1. On or about April 24, 2023, Plaintiff, Patricia Williams, was legally and lawfully on the premises owned, operated, maintained, repaired, controlled and/or supervised by Defendants, UNITED STATES OF AMERICA, specifically, the EAST ORANGE VETERAN AFFAIRS MEDICAL CENTER, which premises is located at 385 Tremont Avenue, in the City of East Orange, in the County of Essex and State of New Jersey.

2. Defendants, UNITED STATES OF AMERICA, did fail to properly own, operate, maintain, control, repair and/or supervise the subject premises.

3. As the plaintiff was entering the defendant's building through the main entrance to visit her husband, who was a patient.  Plaintiff was attempting to walk up the handicap metal ramp spanning the entrance the steps.  Due to the lack of contact with the ramp and the raised edges, plaintiff was unable to distinguish that the edges were raised and was caused to fall suffering a grade 3 liver laceration, adrenal hematoma, right avulsion fracture of the radial styloid.

4. As a direct and proximate result of the negligence of the Defendants as aforesaid, Plaintiff was caused to fall and suffer injuries, has suffered and will in the future suffer much pain in mind and body, has incurred and will in the future incur expenses for medical care and treatment, has suffered and will in the future suffer economic loss, was unable and will in the future be unable to attend to her usual and customary activities and was caused to suffer permanent injury.

5. Defendant UNITED STATES OF AMERICA received a timely Notice of Claim on behalf of Plaintiff and have failed to resolve this claim. The Plaintiff has complied with any and all other requirements of the Federal Tort Claims Act prior to instituting suit, including the timely submission of the Standard Form 95 to the UNITED STATES OF AMERICA c/o the East Orange Veteran Affairs Medical Center and waiting 6 months thereafter to file suit.

### COUNT 1

1. Plaintiffs repeat and reiterate the allegations contained in the aforementioned paragraphs of the Complaint as if set forth more fully at length herein.

2. Defendant UNITED STATES OF AMERICA, individually, or by and through its owners, managers, agents, supervisors, servants, workmen and/or employees, owed a duty to Plaintiff to act reasonably, and breached that duty by acting negligently, which negligence proximately caused Plaintiff's damages.

3. As a direct and proximate result of the negligence of the defendants as aforesaid, Plaintiff has suffered and will in the future suffer substantial and permanent loss of a bodily function; permanent injury by objection medical evidence; permanent loss or limitation of bodily function; much pain in mind and body; has incurred and will in the future incur expenses for medical care and treatment; has suffered and will in the future suffer economic loss; was unable and will in the future be unable to attend to usual and customary activities; was caused to suffer permanent injury; and did incur medical treatment expenses.

4. Defendant UNITED STATES OF AMERICA received a timely Notice of Claim on behalf of Plaintiff and have failed to resolve this claim. The Plaintiff has complied with any and all other requirements of the Federal Tort Claims Act, prior to instituting suit, including timely submission of the Standard Form 95 to the UNITED STATES OF AMERICA Coordinator c/o of the East Orange Veterans Medical Center, and waiting six months thereafter to file suit.

**WHEREFORE**, the Plaintiff, Ms. Patricia Williams and demands judgment against Defendants, UNITED STATES OF AMERICA, for damages together with interest, counsel fees and costs of suit.

## COUNT II

1. Plaintiffs repeat, reiterate and reallege each and every allegation contained in the aforementioned counts as if same were set forth at length herein.

2. At all times relevant hereto, there may have been unidentified persons or entities responsible for the ownership, operation, supervision, control, maintenance and/or repair of Defendant's premises. These parties have been designated in the caption of the Complaint as JOHN DOES 1-10 and XYZ CORPORATIONS 1-10.

3. As a direct and proximate result of the negligence of the defendants as aforesaid, plaintiff has suffered and will in the future suffer much pain in mind and body, has incurred and will in the future incur expenses for medical care and treatment, has suffered and will in the future suffer economic loss, was unable and will in the future be unable to attend to her usual and customary activities and was caused to suffer permanent injury.

4. Plaintiff reserves the right to amend the Complaint to join these potentially culpable parties if discovery should reveal that said parties are in any way responsible for the injuries sustained by plaintiff.

**WHEREFORE**, Plaintiff, Patricia Williams demand judgment against the Defendants, UNITED STATES OF AMERICA, JOHN DOES 1-10 (names unknown) and/or XYZ CORPORATIONS 1-10 (names unknown) for damages together with interest, counsel fees and costs of suit.

## COUNT III

1. Plaintiffs repeat, reiterate and reallege each and every allegation contained in the aforementioned counts of the complaint as if same were set forth at length herein.

2. That on the date in question, defendant, JANE ROES 1 - 10, were the agent, servant and/or employee of the defendant, UNITED STATES OF AMERICA Center and/or ABC CORPORATION 1-10.

3. The defendants, JANE ROES 1-10 conducted themselves in a negligment manner during the course of their employment.

4. That the plaintiff was caused to be injured as a result of the UNITED STATES OF AMERICA and/or ABC CORPORATION 1-10 negligent hiring, retention, training and/or supervision of defendant, JANE ROES 1 - 10.

**WHEREFORE**, Plaintiffs Ms. Patricia Williams demands judgment against Defendants, JANE ROES 1 - 10, UNITED STATES OF AMERICA, JOHN DOES 1-10 (said names being fictitious) and/or XYZ CORPORATIONS 1-10 (said names being

fictitious) ABC CORPORATION 1-10 (said names being fictitious) for damages together with interest, counsel fees and costs of suit.

Dated: April 15, 2025

Bramnick, Rodriguez, Grabas,
Arnold & Mangan, LLC,
Attorneys for Plaintiff

_____
BRIAN J. TREMBLEY, ESQ.